THE STATE OF KANSAS V. WALTER CATON.

No. 14,671.  (87 Pac. 1149.)

Appeal from Anderson district court; CHARLES A. SMART, judge. Opinion filed December 8, 1906. Affirmed.

*C. C. Coleman,* attorney-general, and *C. W. Whittington,* for The State.
*Frank M. Sheridan,* for appellant.

*Per Curiam:* This is an appeal from a conviction and judgment fining the appellant $50. The state moves to dismiss, and assigns various reasons, none of which is considered sufficient. The bill of exceptions does not disclose the commission of any error prejudicial to the appellant, therefore the judgment is affirmed.